PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Frank D. Matthews, Jr.</u>    Case Number: <u>3:99-00012</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>April 10, 2000</u>

Original Offense: <u>18 U.S.C. § 922(g)-Felon in Possession of a Firearm Enhanced Penalty of at least 15 years pursuant to 18 U.S.C. § 924(e)</u>

Original Sentence: <u>180 months' custody and 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>April 15, 2013</u>

Assistant U.S. Attorney: <u>Debra Phillips</u>    Defense Attorney: <u>Unassigned</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this __1st__ day of __July__, 2014,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

_____
Joshua Smith
U.S. Probation Officer

Place   Nashville, Tennessee

Date   June 27, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from unlawful use of a controlled substance.**

   Mr. Matthews tested positive for illegal substances on three occasions, March 12, March 26, and April 7, 2014. He tested positive for marijuana and cocaine on March 12 and March 26, 2014. He tested positive for hydrocodone on April 7, 2014. Mr. Matthews informed the probation officer on April 7, 2014, that he had taken a pill from a female friend that was an anti-inflammatory. He denied knowledge that the pill obtained from the friend was a controlled substance. Mr. Matthews has tested negative for illegal drugs on six occasions since April 7, 2014.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Matthews began supervised release on April 15, 2013. He is scheduled to terminate supervised release on April 14, 2018.

A report requesting no action was submitted to the Court on November 12, 2013, to inform that Mr. Matthews was refusing to participate in mental health treatment as ordered by the Court and recommended by the treatment provider. No action was taken by the Court at that time.

As a result of Mr. Matthews testing positive for illegal substances in March 2014, his drug testing was increased, and he was referred back to Centerstone for substance abuse treatment. He has participated in substance abuse treatment since that time. In March 2014, Mr. Matthews informed the probation officer that his housing situation was unstable. He reported that he was regularly having conflict with his sister and his girlfriend. He was advised to pursue admission into Matthew 25 halfway house in order to obtain a location of his own. The probation officer advised Mr. Matthews that he would also benefit from increased accountability while residing at Matthew 25 as it is required that residents attend twelve step meetings and comply with a curfew. Additionally, Mr. Matthews has expressed difficulty in establishing a savings account. Matthew 25 assists residents in establishing a savings account in order to assist in their transition to independent housing.

### U.S. Probation Officer Recommendation:

It is respectfully requested that Mr. Matthews be permitted to remain on supervised release with no further action at this time.

The U. S. Attorney's Office has been notified of this recommendation.

Approved: _/s/ Vidette Putman_
Vidette Putman
Supervisory U.S. Probation Officer